IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

CASE NO:   4:11-bk-12625 E
Chapter 13

RE:   James L. Hughes

**Summary Notice of Additional Claim Filed**

Pursuant to an examination of the proofs of claims filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Additional Claim Filed for claims filed subsequent to the date of the previous Summary Notice of Claims Filed. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

| Name and Address of Creditor | | Claim Amount | % to Pay |
|---|---|---|---|
| Citimortgage<br>P O Box 688971<br>Des Moines, IA  50368-8971 | MORTGAGE ARREARAGE | $9,205.26 | 100.00<br>Trustee's Claim No: 2 |

Account:  5681
Comment:  1115 West 11th Street Little R

Date:  11/07/2011

/s/   Joyce Bradley Babin
Joyce Bradley Babin, Trustee

cc:   Law Office Of Danyelle Walker, P.L.L.C.
323 Center St Ste 1315
Little Rock, AR  72201

James L. Hughes
1115 West 11Th Street
Little Rock, AR  72202